# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2035 | **DATE** | 6/12/2008 |
| **CASE TITLE** | William T. Divane, Jr., et al vs. Galaxy Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

No one appears for status hearing on 6/12/2008. Status hearing reset to 6/19/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|