```
              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., <u>et al.</u>, as the ELECTRICAL INSURANCE TRUSTEES, | |
| Plaintiffs, | |
| v. | No. 08 C 2035 |
| GALAXY ENTERPRISES, INC., | Judge Pallmeyer |
| Defendant. | |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

The plaintiffs, WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, LARRY CRAWLEY, SAMUEL EVANS, TIM FOLEY, THOMAS C. HALPERIN, JAMES NORTH, KEVIN O'SHEA, and MICHAEL R. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismiss, without prejudice, the action filed against GALAXY ENTERPRISES, INC.

                        WILLIAM T. DIVANE JR., <u>et al.</u>, as the ELECTRICAL INSURANCE TRUSTEES

                        /s/ David R. Shannon
    By: _____
                        One of Their Attorneys

David R. Shannon
Tenney & Bentley, LLC
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800