# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2035 | **DATE** | 6/13/2008 |
| **CASE TITLE** | William T. Divane, Jr. Vs. Galaxy Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed pursuant to Fed. R. Civ. P. 41(a), voluntarily, without prejudice. Status hearing set for 6/19/2008 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|